369

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-575-

BURNHAM CITY HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF CHILDREN AND FAMILY SERVICES,
Respondent.

*Opinion filed March 3, 1975.*

BURNHAM CITY HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.